IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA )
) CRIMINAL ACTION NO.
v. ) 1:06-CR-443-MEF
)
ROBERT KNIGHT )

# <u>O R D E R</u>

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE

of the Court that:

1.  The defendant's objections to the Report and Recommendation of the Magistrate

Judge (Doc. #163) filed on June 13, 2013 are overruled.

2.  The Report and Recommendation of the Magistrate Judge (Doc. #124) entered on

May 31, 2013 is adopted.

3.  Defendant's motion for relief pursuant to 28 U.S.C. § 2255 (Doc. #108) is

DENIED.

DONE this the 18th day of June, 2013.


_____
/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE